The Honorable Judge Jones

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

MARTA D. LYALL,

                Plaintiff,

      v.

U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100,

                Defendants.

Case No:  17-00472-RAJ

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT RUSHMORE LOAN MANAGEMENT SERVICES, LLC**

Pursuant to F.R.C.P. 7.1, Defendant Rushmore Loan Management Services, LLC

("Rushmore") hereby makes the following disclosure:

Roosevelt Management Company, LLC, whose address is 1540 Broadway, Suite 1500,

New York, NY 10036, directly owns 10% or more of Rushmore's limited liability company

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT RUSHMORE LOAN
MANAGEMENT SERVICES, LLC – PAGE 1 OF 3
CASE NO. 2:17-cv-00472-RAJ

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

membership interest.

There are no publicly held corporations that directly or indirectly own 10% or more of Rushmore's limited liability company membership interests.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 2nd day of May, 2017.

**RCO LEGAL, P.S.**

By /s/ Joshua Schaer
Joshua Schaer, WSBA No. 31491
Attorneys for Defendant Rushmore Loan
Management Services, LLC

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1.      I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.      On May 2, 2017, I caused a copy of the **Corporate Disclosure Statement of Defendant Rushmore Loan Management Services, LLC** to be served to the following in the manner noted below:

| | |
|---|---|
| Marta D. Lyall<br>1001 NW 175th St.<br>Shoreline, WA  98177<br><br>*Pro Se* Plaintiff | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile<br>[**X**] CM/ECF  Electronic Notice |
| Seth J. Berntsen<br>Garvey Schubert Barer<br>1191 Second Ave., 18th Floor<br>Seattle, WA  98101-2939<br><br><br>Attorneys for Defendant University of Washington | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile<br>[**X**] CM/ECF  Electronic Notice |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 2nd day of May, 2017.

                                    /s/  Kristine Stephan
                                    Kristine Stephan, Paralegal

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT RUSHMORE LOAN
MANAGEMENT SERVICES, LLC – PAGE 3 OF 3
CASE NO. 2:17-cv-00472-RAJ

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131