The Honorable Judge Jones

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARTA D. LYALL,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. BANK NATIONAL ASSOCIATION;<br>TRUMAN TITLE 2013 SC3 TITLE TRUST;<br>TRUMAN CAPITAL ADVISORS, LP;<br>RUSHMORE LOAN MANAGEMENT<br>SERVICES, LLC; BANK OF AMERICA,<br>N.A.; DITECH HOME LOAN SERVICING;<br>CWABS MASTER TRUST, REVOLVING<br>HOME EQUITY LOAN ASSET BACKED<br>NOTES, SERIES 2004-"O"; CARNEGIE<br>MELLON UNIVERSITY; UNIVERSITY OF<br>WASHINGTON; WASHINGTON STATE<br>DEPARTMENT OF COMMERCE;<br>DISPUTE RESOLUTION CENTER OF<br>KING COUNTY; and JOHN AND JANE<br>DOES 1-100,<br><br>          Defendants. | Case No:  17-00472-RAJ<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC3 TITLE TRUST** |

Pursuant to F.R.C.P. 7.1, Defendant U.S. Bank National Association as Legal Title

Trustee for Truman 2013 SC3 Title Trust ("US Bank") hereby makes the following disclosure:

US Bank, a nationally regulated banking institution, is a wholly-owned subsidiary of US

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT U.S. BANK NATIONAL
ASSOCIATION AS LEGAL TITLE TRUSTEE
FOR TRUMAN 2013 SC3 TITLE TRUST –
PAGE 1 OF 3
CASE NO. 2:17-cv-00472-RAJ

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

Bancorp, which is a publicly traded corporation.  No publicly held corporation owns 10% or more of US Bancorp's stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 2nd day of May, 2017.

**RCO LEGAL, P.S.**

By  /s/ Joshua Schaer
     Joshua Schaer, WSBA No. 31491
     Attorneys for Defendant U.S. Bank National
     Association as Legal Title Trustee for
     Truman 2013 SC3 Title Trust

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT U.S. BANK NATIONAL
ASSOCIATION AS LEGAL TITLE TRUSTEE
FOR TRUMAN 2013 SC3 TITLE TRUST –
PAGE 2 OF 3
CASE NO. 2:17-cv-00472-RAJ

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1.    I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.    On May 2, 2017, I caused a copy of the **Corporate Disclosure Statement of Defendant U.S. Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust** to be served to the following in the manner noted below:

| | |
|---|---|
| Marta D. Lyall<br>1001 NW 175th St.<br>Shoreline, WA  98177<br><br>*Pro Se* Plaintiff | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile<br>[**X**]  CM/ECF  Electronic Notice |
| Seth J. Berntsen<br>Garvey Schubert Barer<br>1191 Second Ave., 18th Floor<br>Seattle, WA  98101-2939<br><br>Attorneys for Defendant University of Washington | [**X**]  US Mail, Postage Prepaid<br>[   ]  Hand Delivery<br>[   ]  Overnight Mail<br>[   ]  Facsimile<br>[**X**]  CM/ECF  Electronic Notice |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 2nd day of May, 2017.

/s/  Kristine Stephan
Kristine Stephan, Paralegal

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT U.S. BANK NATIONAL
ASSOCIATION AS LEGAL TITLE TRUSTEE
FOR TRUMAN 2013 SC3 TITLE TRUST –
PAGE 3 OF 3
CASE NO. 2:17-cv-00472-RAJ

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131