**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARTA D. LYALL,                )<br>                                           )<br>                    Plaintiff,      )<br>                                           )<br>        v.                                )<br>                                           )<br>U.S. BANK NATIONAL ASSOCIATION; )<br>TRUMAN TITLE 2013 SC3 TITLE )<br>TRUST; TRUMAN CAPITAL )<br>ADVISORS, LP; RUSHMORE LOAN )<br>MANAGEMENT SERVICES, LLC; )<br>BANK OF AMERICA, N.A.; DITECH )<br>HOME LOAN SERVICING; CWABS )<br>MASTER TRUST, REVOLVING HOME )<br>EQUITY LOAN ASSET BACKED )<br>NOTES, SERIES 2004-"O"; CARNEGIE )<br>MELLON UNIVERSITY; UNIVERSITY )<br>OF WASHINGTON; WASHINGTON )<br>STATE DEPARTMENT OF )<br>COMMERCE; DISPUTE RESOLUTION )<br>CENTER OF KING COUNTY; and JOHN )<br>AND JANE DOES 1-100,           )<br>                                           )<br>                                           )<br>                    Defendants.   ) | Case No: 17-00472-RAJ<br><br>ORDER |

The Court has reviewed Plaintiff's amended motion requesting that the undersigned judge recuse from this case. Dkt. # 43. In accordance with this District's Local Rule 3(f), the undersigned judge has reviewed the submission and declines to voluntarily recuse from this action. W.D. Wash. Local Rules LCR 3(f). In accordance with Rule 3(f), the clerk is directed to refer the motion to the Honorable Ricardo S.

ORDER - 1

Martinez in his capacity as the Chief Judge of the United States District Court for the Western District of Washington.

Dated this 12th day of June, 2017.

The Honorable Richard A. Jones
United States District Judge