# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. BANK NATIONAL ASSOCIATION; TRUMAN ) <br> TITLE 2013 SC3 TITLE TRUST; TRUMAN ) <br> CAPITAL ADVISORS, LP; RUSHMORE LOAN ) <br> MANAGEMENT SERVICES, LLC; BANK OF ) <br> AMERICA, N.A.; DITECH HOME LOAN ) <br> SERVICING; CWABS MASTER TRUST, ) <br> REVOLVING HOME EQUITY LOAN ASSET ) <br> BACKED NOTES, SERIES 2004-"O"; CARNEGIE ) <br> MELLON UNIVERSITY; UNIVERSITY OF ) <br> WASHINGTON; WASHINGTON STATE ) <br> DEPARTMENT OF COMMERCE; DISPUTE ) <br> RESOLUTION CENTER OF KING COUNTY; and ) <br> JOHN AND JANE DOES 1-100, ) <br> ) <br> Defendants. ) | Case No: 17-00472-RAJ <br><br> ORDER |

    This Court is in receipt of Plaintiff's Letter to the Court asking to lift the restrictions on her ability to file certain motions. Dkt. # 63. The Court declines to amend or lift the restriction. Plaintiff must continue to abide by the Court's Order in docket number # 48.

    Dated this 28th day of June, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

MINUTE ORDER - 1