THE HONORABLE JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL, | ) |
| Plaintiff, | ) Case No: 17-00472-RAJ |
| v. | ) ORDER |
| U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100, | ) |
| Defendants. | ) |

This Court is in receipt of Plaintiff's Emergency Letter to the Court requesting reconsideration. Dkt. # 75. Plaintiff argues that she had a fundamental right to respond to Defendants' motion for reconsideration, and the Court erred when it ruled without considering her response. *Id.* This is simply not the case. The Court explained that

ORDER - 1

parties are not entitled to respond to motions for reconsideration unless requested by the Court. Dkt. # 73. Plaintiff is directed to read the Court's orders, which clearly articulate the Court's bases for its determinations.

The Court finds no grounds for further relief at this time. Plaintiff's request for reconsideration is **DENIED**. Dkt. # 75.

Dated this 28th day of June, 2017.

The Honorable Richard A. Jones
United States District Judge