**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MARTA D. LYALL,<br><br>     Plaintiff,<br><br> v.<br><br>U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100,<br><br>     Defendants. | Case No: 17-00472-RAJ<br><br>ORDER |

   This Court is in receipt of Plaintiff's Second Emergency Letter to the Court requesting reconsideration. Dkt. # 78. This is nearly identical to the first version of this Letter. Dkt. # 75. The Court already ruled on this. Dkt. # 77. The Court will not entertain further requests on this issue.

Plaintiff's request for reconsideration is **DENIED**.  Dkt. # 78.

Dated this 29th day of June, 2017.

The Honorable Richard A. Jones
United States District Judge