THE HONORABLE JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL, | Case No: 17-00472-RAJ |
| Plaintiff, | ORDER |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100, | |
| Defendants. | |

    This Court is in receipt of Plaintiff's Letter to the Court requesting reconsideration. Dkt. # 70. Plaintiff states that she suffered injuries the day before her response to Defendant's motion was due and therefore could not complete her response

ORDER - 1

in time. *Id.*[1] In light of Plaintiff's condition, the Court **GRANTS** Plaintiff's motion for relief. Dkt. # 70.

The Court directs the clerk to reinstate Defendant's motion to dismiss filed on June 8, 2017. Dkt. # 34. Plaintiff must respond to this motion no later than **July 6, 2017**. The Court will not consider any further extensions or requests for relief on this issue.

Dated this 29th day of June, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

---

[1] The Court notes that the hospital record verifies a visit on June 26, 2017. Dkt. # 79. This visit would have been the same day that Plaintiff was required to file her response rather than the day before her response was due.