**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARTA D. LYALL, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100, <br><br> Defendants. | Case No: 17-00472-RAJ <br><br> ORDER |

The Court acknowledges Plaintiff's untimely deposit of $1,610.00 into the Court registry at 9:15 a.m. on June 30, 2017. The Court had ordered Plaintiff to deposit the funds into the Court's registry no later than 11:59 p.m. on June 29, 2017. Dkt. # 73. However, on June 28, 2017, the Clerk of Court informed Plaintiff that due to certain

ORDER - 1

administrative regulations, the Clerk may not accept payment later than 4:30 p.m. on June 29, 2017. Plaintiff acknowledged this earlier deadline and asked, hypothetically, whether she could come as late as 4:25 p.m. The Clerk responded positively but reiterated that 4:30 p.m. was a strict deadline.

On June 29, 2017, Plaintiff called the Clerk at 4:22 p.m. explaining that due to traffic she may miss the deadline to deposit the funds. When Plaintiff arrived at the Court at 4:40 p.m., the Clerk informed her that the Court could not accept the funds. Plaintiff returned to the Court early on June 29, 2017 and deposited $1,610.00 into the Court registry.

The Court is unaware whether Defendants have taken action on the sale of Plaintiff's Shoreline property in light of Plaintiff's untimely deposit into the Court registry. With that caveat, the Court instructs the Clerk to set a date for a preliminary injunction hearing in this matter.

Dated this 30th day of June, 2017.

The Honorable Richard A. Jones
United States District Judge