# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. BANK NATIONAL ASSOCIATION; ) <br> TRUMAN TITLE 2013 SC3 TITLE TRUST; ) <br> TRUMAN CAPITAL ADVISORS, LP; ) <br> RUSHMORE LOAN MANAGEMENT ) <br> SERVICES, LLC; BANK OF AMERICA, ) <br> N.A.; DITECH HOME LOAN SERVICING; ) <br> CWABS MASTER TRUST, REVOLVING ) <br> HOME EQUITY LOAN ASSET BACKED ) <br> NOTES, SERIES 2004-"O"; CARNEGIE ) <br> MELLON UNIVERSITY; UNIVERSITY OF ) <br> WASHINGTON; WASHINGTON STATE ) <br> DEPARTMENT OF COMMERCE; ) <br> DISPUTE RESOLUTION CENTER OF ) <br> KING COUNTY; and JOHN AND JANE ) <br> DOES 1-100, ) <br> ) <br> Defendants. ) <br> ) | Case No: 17-00472-RAJ <br><br> **~~PROPOSED~~ ORDER GRANTING MOTION OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC3 TITLE TRUST TO CANCEL LIS PENDENS** |

    This matter having come before the Court on the Motion of Defendant U.S. Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust (erroneously sued as U.S. Bank National Association, Truman Title 2013 SC3 Title Trust, Truman Capital Advisors, L.P.), hereinafter "U.S. Bank," to cancel the *Lis Pendens* recorded by Plaintiff under King County Auditor's Instrument No. 20170531002253 on or about May 31, 2017 (Dkt. # 37),

and the Court having considered the following:

1. Plaintiff's Complaint and exhibits referenced therein;
2. Defendant U.S. Bank's Motion to Cancel Lis Pendens and Exhibit attached thereto;
3. The pleadings and records referenced in Defendant U.S. Bank's Motion to Cancel Lis Pendens which are previously on file with the Court;
4. Plainiff's response to the Motion (Dkt. # 60);
5. This Court's Order dismissing Plaintiffs' claims against Defendants Rushmore Loan Management Services, LLC and U.S. Bank (Dkt. # 87); and
6. The balance of the record,

Being fully advised of the issues presented herein, the Court finds that Plaintiff's *lis pendens* is inappropriate with respect to the subject property.

Now therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the *lis pendens* recorded under King County Auditor's Instrument No. 20170531002253 is deemed cancelled. A copy of this Order may be filed with the King County Auditor to reflect the same.

The Court declines to award attorneys' fees and costs.

IT IS ORDERED this 12th day of October, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

[~~Proposed~~] Order-2