**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARTA D. LYALL, ) | |
| ) | Case No: 17-00472-RAJ |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ) | |
| ASSOCIATION; TRUMAN TITLE 2013 ) | |
| SC3 TITLE TRUST; TRUMAN ) | |
| CAPITAL ADVISORS, LP; ) | |
| RUSHMORE LOAN MANAGEMENT ) | |
| SERVICES, LLC; BANK OF AMERICA,) | |
| N.A.; DITECH HOME LOAN ) | |
| SERVICING; CWABS MASTER ) | |
| TRUST, REVOLVING HOME EQUITY ) | |
| LOAN ASSET BACKED NOTES, ) | |
| SERIES 2004-"O"; CARNEGIE ) | |
| MELLON UNIVERSITY; UNIVERSITY ) | |
| OF WASHINGTON; WASHINGTON ) | |
| STATE DEPARTMENT OF ) | |
| COMMERCE; DISPUTE RESOLUTION ) | |
| CENTER OF KING COUNTY; and ) | |
| JOHN AND JANE DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on Defendant CW Title's Motion to Dismiss. Dkt. # 102. Plaintiff did not file a response in opposition to the motion, and therefore the Court considers this an admission that the motion has merit. Local Rules W.D. Wash.

ORDER - 1

LCR 7(b)(2). The Court therefore **GRANTS** Defendant's motion. Dkt. # 102.

Dated this 12th day of October, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge