**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARTA D. LYALL, <br><br> Plaintiff, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100, <br><br> Defendants. | Case No: 17-00472-RAJ <br><br> **ORDER** |

    This matter comes before the Court on Defendant Kim Turnow's Motion to Dismiss. Dkt. # 115. Plaintiff did not file a response in opposition to the motion, and therefore the Court considers this an admission that the motion has merit. Local Rules W.D. Wash. LCR 7(b)(2). Plaintiff is well aware of this local rule at this stage in this

ORDER - 1

litigation.[1]  The Court therefore **GRANTS** Defendant's motion.  Dkt. # 115.

Dated this 22nd day of November, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

---

[1] Once more, the Court encourages Plaintiff to review the Court's website: http://www.wawd.uscourts.gov/representing-yourself-pro-se