THE HONORABLE JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL, | Case No: 17-00472-RAJ |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's letter requesting additional extensions of time to respond. Dkt. # 158. In its prior Order, the Court extended Plaintiff's deadline to respond to the pending motions to dismiss to February 16, 2018. Dkt. # 154. On January 25, 2018, Defendants Rushmore Loan Management Services,

ORDER - 1

LLC ("Rushmore") and U.S. Bank National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust ("U.S. Bank") moved the Court for an entry of Final Judgment. Dkt. # 156. Plaintiff's response to this motion was due on February 5, 2018. On February 8—one day before the noting date—Plaintiff responded that she opposed the motion and sought additional time to fully brief her opposition. Dkt. # 158.

Plaintiff states that she "has many motions to reply to, so many that it would be impossible for an experienced attorney" to respond. *Id.* at 3. She reiterates that she has been seeking help from outside attorneys. *Id.* However, the Court notes that Plaintiff filed this lawsuit in March 2017, and has been admonished countless times that it is her responsibility to prosecute the matter. The Court has extended great leniency toward Plaintiff but nonetheless has been clear that Plaintiff is responsible for abiding by the Federal Rules and this Court's Local Rules.

For these reasons, the Court denies Plaintiff any further extensions of time to respond. Because she has not filed an adequate response to the pending Motion for Entry of Final Judgment, the Court **GRANTS** this motion. Dkt. # 156. The Court directs the Clerk to enter Judgment for Defendants Rushmore and U.S. Bank.

Dated this 9th day of February, 2018.

*[signature]*
The Honorable Richard A. Jones
United States District Judge