THE HONORABLE JUDGE RICHARD A. JONES

THE HONORABLE JUDGE RICHARD A. JONES

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MARTA D. LYALL,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100,<br><br>        Defendants. | Case No: C17-00472-RAJ<br><br>**ORDER** |

    This matter comes before the Court on Defendants' pending motions to dismiss. Dkt. ## 130, 131, 136, 144, 147. The Court granted Plaintiff an extension of time to respond to these motions. Dkt. # 154. Her response was due on February 12, 2018. No response was filed. Accordingly, per the Court's Local Rules, the Court **GRANTS** these

ORDER - 1

motions to dismiss.

DATED this 13th day of February, 2018.

_____
The Honorable Richard A. Jones
United States District Judge