THE HONORABLE JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION; TRUMAN TITLE 2013 SC3 TITLE TRUST; TRUMAN CAPITAL ADVISORS, LP; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; BANK OF AMERICA, N.A.; DITECH HOME LOAN SERVICING; CWABS MASTER TRUST, REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-"O"; CARNEGIE MELLON UNIVERSITY; UNIVERSITY OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF COMMERCE; DISPUTE RESOLUTION CENTER OF KING COUNTY; and JOHN AND JANE DOES 1-100,<br><br>                Defendants. | Case No: 17-00472-RAJ<br><br>**ORDER** |

      This matter comes before the Court on Defendant's motion to dismiss. Dkt. # 161.

Plaintiff did not file a response in opposition to the motion, and therefore the Court

ORDER - 1

considers this an admission that the motion has merit.  Local Rules W.D. Wash. LCR 7(b)(2).  Accordingly, per the Court's Local Rules, the Court **GRANTS** the motion to dismiss.

Dated this 27th day of March, 2018.

The Honorable Richard A. Jones
United States District Judge